INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the
## Southern District of Indiana

1:25-cv-1401-JRS-TAB

ROBERT GREEN
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

NATIONAL FEDERATION of HIGH SCHOOLS
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

**FILED**
JUL 15 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**Demand for Jury Trial**    ☐ Yes    ☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: EQUAL PAY ACT + EQUAL PROTECTION CLAUSE of 14TH AMENDMENT 29 CFR BONA FIDE TEACHERS FLSA BONA FIDE TEACHERS EXTRACURRICULAR ACTIVITIES 29 CFR VOLUNTEERS

☑ Relevant state law *(specify, if known)*: STATE TEACHERS PENSION SYSTEMS DEFINED BENEFITS IN THE US

☐ Relevant city or county law *(specify, if known)*:

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT GREEN AND PUBLIC SCHOOL TEACHERS |
| Street Address | 349 OGDEN FALLS BLVD. |
| City and County | OSWEGO KENDALL COUNTY |
| State and Zip Code | ILLINOIS 60543 |
| Telephone Number | 630-618-6558 |
| E-mail Address | rg9364551@gmail.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: NATIONAL FEDERATION OF HIGH SCHOOLS ASSOCIATION
- Job or Title *(if known)*: (NFHS) NATIONAL LEADER OF HIGH SCHOOL ATHLETICS
- Street Address: 690 W. WASHINGTON STREET
- City and County: INDIANAPOLIS   MARION COUNTY
- State and Zip Code: INDIANA 46206
- Telephone Number: 317-972-6900
- E-mail Address *(if known)*: CUSTOMERSUPPORT@NFHSNETWORK.COM

Defendant No. 2

- Name: NATIONAL SCHOOL BOARD ASSOCIATION
- Job or Title *(if known)*: THE LEADING ADVOCATE FOR PUBLIC EDUCATION
- Street Address: 1680 DUKE STREET FL 2
- City and County: ALEXANDRIA   N/A INDEPENDENT
- State and Zip Code: Virginia 22206 + 12 MORE
- Telephone Number: 703-838-6722
- E-mail Address *(if known)*: info@nsba.org

Defendant No. 3

- Name: National Association of State Boards of Education
- Job or Title *(if known)*: A NONPARTISAN NONPROFIT ORGANIZATION
- Street Address: 123 North Pitt STREET, Suite 350
- City and County: ALEXANDRIA   N/A INDEPENDENT
- State and Zip Code: Virginia 22314-3493
- Telephone Number: 703-684-4000
- E-mail Address *(if known)*: my.email@nasbe.org

Case 1:25-cv-01401-TWP-TAB   Document 1   Filed 07/15/25   Page 4 of 8 PageID #: 4

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name
Street Address
City and County
State and Zip Code
Telephone Number

*THE NFHS AND ITS STATES ASSOCIATIONS ARE NOT EMPLOYERS. THEY MAKE THE RULES FOR ATHLETIC COACHES FOR EMPLOYERS. STATE AND LOCAL GOVERNMENTS ARE THE EMPLOYERS responsible for TEACHERS PENSION SYSTEMS*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me. *WE TEACHERS*
- [ ] Termination of my employment.
- [x] Failure to promote me. *WE TEACHERS*
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment. *AND WOMEN TEACHERS*
- [ ] Retaliation.
- [ ] Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.** It is my best recollection that the alleged discriminatory acts occurred on date(s)
*CONTINUING VIOLATIONS from 1990 NON-FACULTY Coach CERTIFICATES*

**C.** I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me. *+ WE TEACHERS*
- [ ] is/are not still committing these acts against me.

Case 1:25-cv-01401-TWP-TAB   Document 1   Filed 07/15/25   Page 5 of 8 PageID #: 5

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — BLACK AFRICAN AMERICAN
- [ ] color
- [x] gender/sex — WOMEN
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows. Attach additional pages if needed.

In 1922 the Midwest Federation of High Schools to the now National Federation of High Schools Association "NFHS" rule for coaches were certified teachers until 1990. In 1972 the U.S. Government issued Title IX that open the door for girls in High Schools and Women in Colleges to compete in Athletics. In 1990 the NFHS and its State High School Associations created the Non-Faculty Coaches Certificates claiming the Associations were facing a shortage of Teacher Coaches compelling them to open the door for Non Teachers Coaches who are about 80% men Non-Faculty Coaches in place of Faculty Members/Teachers who are about 80% Women Teachers in the Public Schools in the United States. The NFHS and its State High School Association members Non-Faculty Coaches knowledge and Certificate Programs failure to include the Public Faculty Members knowledge and Coach Certificates violates 29 CFR Teachers "Employees Employed in a Bona Fide Professional Capacity". The Code of Federal Regulations Also States "Those Faculty Members Who are Engaged in Teaching But Also Spends a Considerable Amount of their Time in Extracurricular Activities Such as Coaching Athletic Teams or Moderators or Advisors in Such Areas as Drama, Speech, Etc. are Engaged in Teaching. Such Activities are a recognized part of the Schools responsibility in contributing to the education development of the Students.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV. Exhaustion of Federal Administrative Remedies

**A.** It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* OCTOBER 21, 2024

**B.** The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 4-17-2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.** Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IN MY EEOC COMPLAINT EXHIBIT 22. IES NATIONAL CENTER for Education Statistics there are 20,314 HIGH Schools AND 14,677 MIDDLE Schools + Junior Highs. Stipends for coaches range $1,800 to 3,500. I calculated 34,995 Public High Schools AND MIDDLE/Jr HIGH Schools, A average of $2000.00 to 1 NON-FACULTY coach IN 34,995 PUBLIC Schools EQUALS $69,990,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-15-25

Signature of Plaintiff: *Robert Green*

Printed Name of Plaintiff: ROBERT GREEN

Additional Pages.

In 2001 case Brentwood Academy v. Tennessee Secondary School Athletic Association the U.S. Supreme Court in a 5-4 decision, ruled that the Tennessee Secondary School Athletic Association (TSSAA) was/is a "state actor" and thus subject to the constraints of the Fourteenth Amendment, despite its ostensibly private nature.

Pervasive Entwinement:
Due to the "pervasive entwinement" of public institutions and officials in its composition and operations.

Public function:
While not a direct public function the TSSAA's regulations of high school sports was seen as fulfilling an integral aspect of public secondary education.

State Control and Acknowledgment:
The state education board's acknowledgment of the TSSAA and the significant presence of public school officials on its governing bodies were key factors in the Court's decision.

The members who represents state high school associations in the US are primarily state/province high school associations, building principals, school superintendents and athletic directors under control of and are paid by the school board members. State Boards of Education chief executive officers and employees are paid by State Government Municipal Pension Systems. Public school employers whose employees are non-exempt hourly employees are enrolled in a State Municipal Pension System separate of the teachers pension systems in the US. Certified/licensed teachers who's salaries portions are apart of State Teachers Pension Systems contributions in the United States. Public School Administrator and School Board Members know or should know that teachers contributions to the overwhelmingly majority of teachers state pension systems do recognize that extracurricular activities extra duty assignments as club sponsors and athletic coaches are also apart of teachers earnings and contributions just as our base salaries as salary supplements. However, the majority of School Districts Board Members and State Boards of Education Members are all calling payments for extracurricular activities stipends for anyone including nonexempt hourly employees and community members in place of salary supplements for faculty member employees to confuse employees and community members and teachers of the bona fide professional duties of K-12 Public School Faculty Members that includes extracurricular activities in the United States.

Since receiving my Right to Sue Letter from the EEOC I've discovered the Think Tank of the Brookings Institute claiming Public schools heavily rely on women's labor. "Why do they pay female teachers less? One of the answer to the question is Gender wage gaps persist among teachers, women earn less in supplemental school-based compensation in extra duty pay with men earnings are $1700 more then female coaches. I claim that the men coaches are non-faculty coaches In the United States.

In my complaint to the EEOC I claimed that "I am simply blowing the whistle on discriminatory practices by multiple school boards." I am now also seeking a class action lawsuit as well.