**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ROBERT GREEN, ) | |
| PUBLIC SCHOOL TEACHERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:25-cv-01401-TWP-TAB |
| ) | |
| NATIONAL FEDERATION OF HIGH ) | |
| SCHOOLS, ) | |
| NATIONAL SCHOOL BOARD ASSOCIATION, ) | |
| NATIONAL ASSOCIATION OF STATE ) | |
| BOARDS OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, now enters

**FINAL JUDGMENT**.

This action is **dismissed with prejudice**.

Dated: 1/6/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ROBERT GREEN
349 Ogden Falls Blvd.
Oswego, IL 60543

Kevin Roberts
Barnes & Thornburg LLP
kevin.roberts@btlaw.com